FILED

11/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0331

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0331

FILED

NOV 3 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

KYLE JORDAN MILLHOUSE,

Defendant and Appellant.

ORDER

Kyle Jordan Millhouse appeals the Seventeenth Judicial District Court's denial of credit for the five months he spent in the Eighth Judicial District Court Veterans' Treatment Court without any violations prior to revocation of his suspended sentence for failing to complete treatment court. Millhouse seeks reversal of the April 29, 2020 Judgment on Probation Revocation and remand with instructions to grant Millhouse credit for the period he was in the veterans' treatment court. After consultation with the Valley County Attorney's Office, the State has filed a Notice of Concession.

Without agreeing with each of Millhouse's contentions, the State agrees that under the particular facts presented, the District Court's denial of Millhouse's request for street time should be reversed and this matter should be remanded for the court to issue an amended judgment granting Millhouse 138 days of credit for street time served while engaged in treatment at the Great Falls Veterans' Treatment Court (from October 23, 2019, to March 9, 2020). Upon review of the parties' submissions, and good cause appearing,

IT IS HEREBY ORDERED that this matter is REMANDED to the Seventeenth Judicial District Court, Valley County, with instructions to amend the judgment against Millhouse in its Cause Number DC 2019-11 to award Millhouse 138 days of credit for street time served while participating in the Great Falls Veterans' Treatment Court from October 23, 2019, to March 9, 2020.

There being no other issues on appeal,

IT IS FURTHER ORDERED that the appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the Honorable Yvonne Laird, presiding judge.

DATED this 30 day of November, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices